```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
CHI WAI SHUM, on behalf of himself and
others similarly situated,

                    Plaintiff,                                JUDGMENT
          v.                                                  17-cv-7600 (RPK) (VMS)


JILI INC. d/b/a JIN CHENG RESTAURANT; RONG
XING INC. d/b/a JIN CHENG RESTAURANT; XIAO
DONG HUANG, JIALI WANG a/k/a LILY WANG,
CHUN KIT CHENG, WEI WEI LIN,

                    Defendants.
----------------------------------------------------------- X
```

An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on June 6, 2023, dismissing Plaintiff's remaining claims in this case, which arise under New York Labor Law, without prejudice; it is

ORDERED and ADJUDGED that Plaintiff's remaining claims in this case, which arise under New York Labor Law, are dismissed without prejudice; and that the Court declines to exercise supplemental jurisdiction over plaintiff's remaining claims, and those claims are dismissed without prejudice.

Dated: Brooklyn, NY                                     Brenna B. Mahoney
      June 8, 2023                                       Clerk of Court


                                                             By: */s/Jalitza Poveda*
                                                                Deputy Clerk